740 A.2d 1072

IN THE MATTER OF PATRICK PATEL, AN ATTORNEY AT LAW.

November 24, 1999.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **PATRICK PATEL** of **JERSEY CITY**, who was admitted to the bar of this State in 1985, and who was suspended from the practice of law for a period of three months effective August 13, 1999, by Order of this Court dated July 15, 1999, be restored to the practice of law, effective immediately.